IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOSSIE BENNETT,

        Petitioner,                  No. CIV S-07-2367 GEB GGH P

    vs.

D.K. SISTO, et al.,

        Respondents.            <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's habeas petition within thirty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

        2. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

1    3.  If the response to the habeas petition is a motion, petitioner's opposition or
2 statement of non-opposition to the motion shall be filed and served within thirty days after
3 service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days
4 thereafter; and
5    4.  The Clerk of the Court shall serve a copy of this order together with a copy of
6 the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell,
7 Senior Assistant Attorney General.
8 DATED:  12/10/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

benn2367.100fee