IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOSSIE BENNETT,<br>　　　　Petitioner,<br>　　v.<br>D.K. SISTO, LINDA SHELTON, JAMES NIELSEN, MILTON SIMS, MICHAEL BROWN, KENNETH GRIFFIN, ESHA MAE BROWN, and BOARD OF PAROLE HEARINGS,<br>　　　　Respondents.<br>_____/ | Case No. CIV S-07-2367 VAP (HC)<br><br>**[Motion filed on January 6, 2009]**<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL** |

　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. The petition was filed on November 5, 2007.  On January 5, 2009, the action was transferred to this Court pursuant to an Order of Designation of Judge to Serve in Another District Within the Ninth Circuit.

　　On January 6, 2009, Petitioner filed a motion seeking the appointment of counsel.  There is no right to appointment of counsel in habeas proceedings.  See Nevius

v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  The Court may appointment counsel at any stage of the proceedings "if the interests of justice so require."  See 18 U.S.C. § 3006A; see also Rule 8(c), Rules Governing Section 2254 Cases. The Court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.  Therefore, IT IS SO ORDERED that Petitioner's motion for the appointment of counsel is DENIED.

Dated: March 30, 2010

VIRGINIA A. PHILLIPS
United States District Judge