UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TOSSIE BENNETT, | ) | Case No. 2:07-CV-02367-VAP |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| D.K. SISTO, et al., | ) | |
| Defendants. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: February 17, 2011

VIRGINIA A. PHILLIPS
United States District Judge