1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  TOSSIE BENNETT,              )    Case No. 2:07-CV-02367-VAP
                                 )
12                Plaintiff,     )    **JUDGMENT**
                                 )
13       v.                      )
                                 )
14  D.K. SISTO, et al.,          )
                                 )
15                Defendants.    )
    _____    )
16

17  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

18       Pursuant to the Order filed herewith, IT IS ORDERED

19  AND ADJUDGED that the Petition for Writ of Habeas Corpus

20  Under 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE.  The

21  Court orders that such judgment be entered.

22

23

24  Dated:  February 17, 2011    _____
                                        VIRGINIA A. PHILLIPS
25                                  United States District Judge

26

27

28